**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------x
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., et al.,                           :    08-13555 (SCC)
                                                                 :
                    Debtors.                                     :    (Jointly Administered)
                                                                 :
-----------------------------------------------------------------x
LEHMAN COMMERCIAL PAPER INC.                                     :
                                                                 :
                    Plaintiff,                                   :
                                                                 :
-against-                                                        :
                                                                 :
MATIGNON DERIVATIVES LOANS and AXA                               :    Adv. Case No.
INVESTMENT MANAGERS PARIS S.A.,                                  :    10-03833 (SCC)
                                                                 :
                    Defendants.                                  :
                                                                 :
-----------------------------------------------------------------x
```

**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**

The Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc. (the "Committee"), on the one hand, and Matignon Derivatives Loans and AXA Investment Managers Paris S.A. for itself and for and on behalf of Matignon Derivatives Loans (the "Defendants"), on the other hand, respectfully submit this Stipulation and Order Extending Time to Respond to Complaint, and in support thereof, state as follows:

WHEREAS, on October 5, 2010, Lehman Brothers Commercial Paper Inc. ("LCPI") commenced the above-captioned adversary proceeding (the "Adversary Proceeding") by filing a complaint (the "Complaint") against the Defendants.

WHEREAS, on October 7, 2010, the Clerk of the Court issued the Summons with Notice of Pretrial Conference (the "Summons") setting a response date for the Defendants to serve a

responsive pleading or an answer to the Complaint under Fed. R.Bankr. P. 7012 within 30 days from the date of the Summons.

WHEREAS, pursuant to the *Order Granting Leave, Standing and Authority to the Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al., to Prosecute and, if Appropriate, Settle Causes of Action on Behalf of Lehman Commercial Paper Inc.*, dated September 15, 2011 [Case No. 08-13555; ECF No. 20019], the Committee, represented by Milbank, Tweed, Hadley & McCloy LLP, was granted authorization to prosecute and, if appropriate, settle the Adversary Proceeding on behalf of LCPI.

WHEREAS, pursuant to a series of orders, dated October 20, 2010, June 16, 2011, January 11, 2012, July 18, 2012, January 17, 2013, and February 15, 2013 [Case No. 08-13555; ECF Nos. 12199, 17763, 24198, 29506, 33970, 34697], the Court stayed the Adversary Proceeding until July 20, 2013.

WHEREAS, pursuant to the *Notice of Entry of Order Extending Stay of Avoidance Actions and Granting Certain Related Relief Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 7004(a)(1)*, dated February 19, 2013 [ECF No. 15], the Defendants were required to answer or otherwise respond to the Complaint by September 5, 2013.

WHEREAS, pursuant to that certain *Stipulation and Order Extending Time to Respond to Complaint*, dated September 4, 2013 [ECF No. 17], the deadline for the Defendants to answer or otherwise respond to the Complaint was extended to November 4, 2013.

WHEREAS, pursuant to that certain *Stipulation and Order Extending Time to Respond to Complaint*, dated October 31, 2013 [ECF No. 18], the deadline for the Defendants to answer or otherwise respond to the Complaint was extended to January 3, 2014.

2

WHEREAS, pursuant to that certain *Stipulation and Order Extending Time to Respond to Complaint*, dated January 6, 2014 [ECF No. 19], the deadline for the Defendants to answer or otherwise respond to the Complaint was extended to January 10, 2014.

WHEREAS, pursuant to that certain *Stipulation and Order Extending Time to Respond to Complaint*, dated January 10, 2014 [ECF No. 20], the deadline for the Defendants to answer or otherwise respond to the Complaint was extended to March 11, 2014.

WHEREAS, pursuant to that certain *Stipulation and Order Extending Time to Respond to Complaint*, dated March 5, 2014 [ECF No. 23], the deadline for the Defendants to answer or otherwise respond to the Complaint was extended to June 11, 2014.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by the Defendants and the Committee that the Defendants shall have an extension until August 15, 2014 to answer or otherwise respond to the Complaint.  This stipulation shall not affect in any way or operate as a waiver of any defenses that the Defendants may or may not possess in response to the Complaint, including, without limitation, jurisdictional defenses. When so-ordered by the Court, this stipulation shall constitute both an agreement between the parties and an order of the Court.

10-03833-scc    Doc 24    Filed 06/09/14    Entered 06/09/14 16:13:44    Main Document
Pg 4 of 4

Dated:    June 5, 2014
          New York, New York

| /s/ Sarah Campbell | /s/ David S. Cohen |
|---|---|
| Sarah Campbell | Dennis F. Dunne |
| Clifford Chance | Evan R. Fleck |
| 31 West 52nd Street | Milbank, Tweed, Hadley & M$^c$Cloy LLP |
| New York, NY 10019-6131 | 1 Chase Manhattan Plaza |
| Telephone: (212) 878-8000 | New York, NY 10005 |
| | Telephone: (212) 530-5000 |
| Counsel for AXA Investment Managers Paris S.A. | |
| | David S. Cohen |
| | Milbank, Tweed, Hadley & M$^c$Cloy LLP |
| | 1850 K Street N.W., Suite 1100 |
| | Washington, D.C. 20006 |
| | Telephone: (202) 835-7500 |
| | |
| | Counsel for the Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., *et al.* |

**IT IS SO-ORDERED:**
June 9, 2014
New York, New York

*/s/ Shelley C. Chapman*
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE

4